

April 25, 2024

**Via ECF Filing**
The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Suite 1920
New York, NY 10007

      Re:   *Ram Krishana, Inc. d/b/a Motel 6 Sulphur v. Mt. Hawley Insurance Company*
             No. 1:22-cv-03803-JLR

Dear Judge Rochon:

    We received the Court's Memo Endorsement scheduling a conference for May 1, 2024. I am writing, with the consent of all other counsel, to request an adjournment of that conference.

    I will be actively engaged in trial of the matter of *Seven C's Properties, LLC, et al. versus Tennessee Gas Pipeline Company, LLC, et al.*, No. 10-19519, 38th Judicial District Court for the Parish of Cameron, State of Louisiana on May 1, 2024, which will make it difficult to participate in the video conference with the Court. I respectfully request an adjournment. I have conferred with counsel for Mt. Hawley Insurance Company, and there is no objection to this request. We jointly ask that the conference be rescheduled for May 15, 2024 if that date suits the Court.

    Thank you for your attention to this matter

                                              Sincerely,

                                              Peter N. Freiberg

PNF/kl
cc:     All Counsel of Record By Email

The requested adjournment is GRANTED. The remote video conference shall now be held on **May 15, 2024, at 4:30 p.m.** Counsel shall submit an appearance sheet pursuant to the Court's Individual Rule 2(B) by May 13, 2024, and will receive Microsoft Teams log-in credentials at the email addresses provided. The public listen-only line may be accessed by dialing Toll-Free Number: 877-336-1831 | Access Code: 5583342.

                                            **SO ORDERED.**
Dated: April 26, 2024
         New York, New York    *Jennifer Rochon*
                                       JENNIFER L. ROCHON
                                       **United States District Judge**

701 Poydras Street, Suite 3950, New Orleans, Louisiana 70139 Telephone: 504-313-3800